IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The National Association for Fixed Annuities,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Thomas E. Perez, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.  1:16-cv-1035 (RDM) |

**NOTICE OF THE NATIONAL ASSOCIATION FOR FIXED ANNUITIES
REGARDING POTENTIAL AMICUS CURIAE FILINGS**

Plaintiff the National Association for Fixed Annuities ("NAFA") respectfully submits this notice to set forth its position regarding potential amicus curiae filings in this action.

1.　　NAFA has been contacted in the preceding month by several third parties that intend to seek leave to submit amicus curiae filings in support of Defendants, including (1) William Michael Cunningham; (2) the AARP; and (3) Better Markets, joined by the Consumer Federation of America and Americans for Financial Reform.

2.　　NAFA has advised these parties that it will take no position on their request to participate as amici – i.e., NAFA will neither consent to nor oppose their motions. As a general matter, NAFA is not against third parties expressing themselves, but it does not want collateral issues to interfere with the expedited schedule for this litigation.

3.　　Given the compressed preliminary injunction schedule, NAFA would assume that any amici supporting Defendants would have filed their briefs on July 8 – the date on which Defendants' brief was due – leaving NAFA with adequate time to consider the briefs. That did

not happen. AARP and Better Markets subsequently indicated to NAFA that they intend to file this week. There has been no indication on timing from William Michael Cunningham.

4. NAFA is concerned that these briefs will introduce new legal arguments late in the briefing process, further compressing an already compressed schedule.

5. If amici do not make any new legal arguments, NAFA questions what purpose is served by permitting them to submit briefs, given that this case involves a legal challenge to a federal rulemaking, and the Department of Labor has already filed a substantial brief defending its actions. It is unclear what third parties can meaningfully contribute in this situation.

6. Bottom line, NAFA is primarily concerned about fairness. At this point, Defendants have already filed a 98-page brief, and NAFA has a limited two-week window to respond by July 22, 2016. The expedited briefing schedule was established weeks ago, and these third parties have yet to file their briefs.

7. Despite the aforementioned concerns, NAFA considers the speed of these proceedings to be of paramount importance, and it does not wish to do anything that would slow down or distract from a decision on the application and motions before the Court. Accordingly, NAFA defers to the Court to decide whether or not amici will be helpful to the Court.

8. If the Court permits participation by amici, NAFA will respond to any new arguments raised by amici in NAFA's July 22, 2016 filing, assuming the amici file sufficiently in advance of that date to allow NAFA a reasonable opportunity to respond.

Respectfully submitted,

BRYAN CAVE LLP

/s/ Philip D. Bartz
Philip D. Bartz (D.C. Bar No. 379603)
Jacob A. Kramer (D.C. Bar No. 494050)
1155 F Street, N.W., Suite 700
Washington, D.C. 20004
(202) 508-6000

Of Counsel:

Sheldon H. Smith, Esq.
1700 Lincoln Street, Suite 4100,
Denver, CO 80203-4541

Adam L. Shaw, Esq.
1155 F Street, N.W., Suite 700
Washington, D.C. 20004

*Counsel for NAFA*

Dated: July 11, 2016