IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The National Association for Fixed Annuities,<br><br>                     Plaintiff,<br><br>     vs.<br><br>Thomas E. Perez, *et al.*,<br><br>                     Defendants. | Civil Action No. 1:16-cv-1035 (RDM) |

**NAFA'S SECOND NOTICE REGARDING ORAL ARGUMENT**

Plaintiff the National Association for Fixed Annuities ("NAFA") respectfully submits this Notice to direct the Court's attention to authorities related to the following question raised at oral argument on August 25, 2016: "I take it neither party has been able to find any case in which a court has addressed the question that's presented here as to whether an agency is exceeding its authority . . . by imposing contractual obligations . . . knowing that the enforcement will then come through state contract suits?" (8/25/16 Tr. at 87.) NAFA recently became aware of three decisions that shed light on the Court's question: *Astra USA, Inc. v. Santa Clara County*, 563 U.S. 110, 117-18 (2011); *Umland v. PLANCO Fin. Servs., Inc.*, 542 F.3d 59, 66-67 (3d Cir. 2008); *MM&S Fin., Inc. v. NASD*, 364 F.3d 908, 910-911 (8th Cir. 2004).[1]

---

[1] All three cases were cited in a brief submitted on September 16, 2016 by plaintiffs in related litigation against the Department of Labor. *See Chamber of Commerce v. Perez*, Civ. No. 3:16-cv-1476-M (N.D. Tex.), Dkt. 109 at 22-23.

Respectfully submitted,

BRYAN CAVE LLP

/s/ Philip D. Bartz
Philip D. Bartz (D.C. Bar No. 379603)
Jacob A. Kramer (D.C. Bar No. 494050)
1155 F Street, N.W., Suite 700
Washington, D.C. 20004
(202) 508-6000

Of Counsel:

Sheldon H. Smith, Esq.
1700 Lincoln Street, Suite 4100,
Denver, CO 80203-4541

Adam L. Shaw, Esq.
1155 F Street, N.W., Suite 700
Washington, D.C. 20004

*Counsel for NAFA*

Dated: September 19, 2016